# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Richard Failla**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:19-cv-00304-GCM |
| ) | |
| vs. ) | |
| ) | |
| XPO Logistics Freight, Inc.**,** ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 22, 2021 Order.

January 22, 2021

Frank G. Johns, Clerk
United States District Court